**PROFESSIONAL INVESTIGATING & CONSULTING AGENCY, INC., dba PICA, Plaintiff Below, Appellant,**

v.

**HEWLETT-PACKARD COMPANY, Defendant Below, Appellee.**

No. 108, 2016

Supreme Court of Delaware.

Submitted: September 29, 2016

Decided: October 12, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N12C-06-196

AFFIRMED.

**SABREE ENVIRONMENTAL & CONSTRUCTION, INC., Defendant-Below, Appellant,**

v.

**SUMMIT DREDGING, LLC, Plaintiff-Below, Appellee.**

No. 21, 2016

Supreme Court of Delaware.

Submitted: September 28, 2016

Decided: October 12, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N14C-10-283

AFFIRMED.

**Tyrone ADKINS, Defendant Below-Appellant,**

v.

**STATE of Delaware, Plaintiff Below-Appellee.**

No. 580, 2015

Supreme Court of Delaware.

Submitted: September 21, 2016

Decided: October 12, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. 1407011882

AFFIRMED.